IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


STEPHEN MICHAEL WEST                    )
                                        )
v.                                      )    No. 3:10-0778
                                        )    JUDGE CAMPBELL
GAYLE RAY, et al.                       )


ORDER

Pending before the Court is a Motion To Dismiss On Behalf Of Gayle Ray, Ricky Bell, David Mills, and Reuben Hodge (Docket No. 23). The Plaintiff has filed a Response (Docket No. 31) to the Motion, and the Defendants have filed a Reply (Docket No. 32). For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss is GRANTED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58. The hearing scheduled for October 25, 2010 is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE